```
 1  JOSEPH M. SWEENEY, ESQ. (78363)
    CHRISTOPHER J. OLSON, ESQ. (192689)
 2  SWEENEY, MASON, WILSON & BOSOMWORTH
    A Professional Law Corporation
 3  983 University Avenue, Suite 104C
    Los Gatos, CA  95032-7637
 4  Telephone:   (408) 356-3000
    Facsimile:   (408) 354-8839
 5
 6  Attorneys for Plaintiff
    G&L REBAR, INC.
 7

 8  CLARK J. BURNHAM, ESQ., (041792)
    SARAH VALENTINE, ESQ. (157827)
 9  BURNHAM BROWN
    A Professional Law Corporation
10  1901 Harrison Street, 11th Floor
    Oakland, CA 94612
11  Telephone:   (510) 444-6800
    Facsimile:   (510) 835-6666
12
13  Attorneys for Defendant
    NAVIGATORS INSURANCE COMPANY
14
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| G&L REBAR, INC., a California corporation, | CASE NO. C04-05268 VRW |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO CONTINUE STAY OF THE ACTION** |
| v. | |
| NAVIGATORS INSURANCE COMPANY, a New York corporation, and DOES 1 through 50, inclusive, | Case Management Conference: Date: February 7, 2006 Time: 9:00 a.m. Courtroom: 5 |
| Defendants. | |

WHEREAS, on May 13, 2005, the Court ordered that the above-entitled action be stayed pending the resolution of the underlying lawsuit against G&L Rebar, Inc. and ordered a further Case Management Conference for September 6, 2005.

1    WHEREAS, on September 6, 2005, the Court ordered that the action against Navigators remain stayed pending the resolution of the underlying lawsuit and again ordered a further Case Management Conference for February 7, 2006.

On May 6, 2005, the trial court in the underlying matter of *A&B Painting, Inc. v. Turner Construction Company, et al*, Alameda County Superior Court Action No. 2002-052251, ordered the trial of the same to be conducted in phases. The first phase was to determine the balance of the contract between Turner Construction Company and the project owner, Encinal Jackson. G&L Rebar, Inc. is not a party to the first trial phase. As of the date of this stipulation, neither phase one of the trial in the underlying matter has been completed nor has the phase in which the construction defect claims will be tried been set.

WHEREAS, Plaintiff G&L Rebar, Inc. and Defendant Navigators Insurance Company, by and through their respective counsel, HEREBY STIPULATE to continue the further Case Management Conference in the above-entitled matter from February 7, 2006, until on or after August 9, 2006, pending the resolution of the underlying lawsuit. The parties further stipulate to continue the stay in this matter until on or after August 9, 2006.

IT IS SO STIPUALTED.

Dated: February 6, 2006                 SWEENEY, MASON, WILSON &
                                        BOSOMWORTH

                                        *[signature]*
                                        CHRISTOPHER J. OLSON, ESQ.
                                        Attorneys for Plaintiff G&L REBAR, INC.

///
///

1  Dated: February 6, 2006          BURNHAM BROWN

                                    _____
                                    SARA VALENTINE
                                    Attorneys for Defendant NAVIGATORS
                                    INSURANCE COMPANY

## [PROPOSED] ORDER

The Court, having read the Stipulation of the parties regarding the continuance of the Case Management Conference in the above-captioned matter and good cause appearing therefore:

IT IS HEREBY ORDERED that the Case Management Conference in the above-captioned matter is continued from February 7, 2006, to August 15, 2006, at 9:00 a.m. in Courtroom 6 of the Northern District of the United States District Court located at 450 Golden Gate Avenue, San Francisco, California, 94102. It is further ORDERED that the stay in this matter is further continued to August 9, 2006, or the continued Case Management Conference which ever is later.

Dated: February 6, 2006

                              _____
                              UNITED STATES DISTRICT COURT JUDGE

[GRANTED — Judge Vaughn R Walker, United States District Court, Northern District of California]